IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOVELLE LAWRENCE,

    Plaintiff,

vs.        CASE NO. 3:06cv462/RS

THE BAHAIS OF ESCAMBIA COUNTY,
LSA; CHARLES BURRIS; BETTY
BURRIS; and LONNIE RAWLES,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

ORDERED on January 30, 2007.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**